UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JACQUELINE D. WILLIAMS, *Plaintiff*, v. LENDKEY TECHNOLOGIES, INC., et al., *Defendants*. | Civil Action No. 16-3101 ORDER |

**THIS MATTER** having come before the Court by way of pro se Plaintiff Jacqueline D. Williams's ("Plaintiff") Motion for Default Judgment against Defendants Lendkey Technologies, Inc., Vince Passione, Christian Widhalm, and Chrissy Willoughby (collectively, "Defendants"), Dkt. No. 8;

and it appearing that Plaintiff failed to first request an entry of default by the clerk, pursuant to Fed. R. Civ. P. 55(a), which is a prerequisite for a default judgment;

and it appearing that pursuant to Local Rule 6.1(b), Defendants properly requested and received an automatic 14-day extension to file an Answer, which is now due on September 2, 2016, Clerk's Text Order Dated August 17, 2016;

**IT IS** on this the 30th day of August, 2016,

**ORDERED** that Plaintiff's Motion for Default Judgment is denied.

*/s Madeline Cox Arleo*_____
**Hon. Madeline Cox Arleo**
**United States District Judge**